In the Matter of the Application of MOSES VALENTINE to Compel SAMUEL D.

LASKY, Attorney and Counselor at Law to Turn over to Petitioner Certain Moneys in His Possession, and to Determine What Lien, if Any, Respondent Has for Legal Services Rendered on Behalf of Petitioner.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.